## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JESUS A. WAYNE, JR., )
)
      Plaintiff, )
)
v. )    Civil Action No.  25-03135 (UNA)
)
)
KWAN MCKNIGHT *et al.*, )
)
      Defendants. )

## <u>MEMORANDUM OPINION</u>

This action brought *pro se* is before the Court on review of Plaintiff's complaint and application to proceed *in forma pauperis*. For the following reasons, the Court grants the application and dismisses the complaint.

Plaintiff, a resident of Washington, D.C., accuses Kwan McKnight and two unnamed "Coasian" males of "trespassing . . . on Wednesday, September 10, 2025" at his address of record. Compl., ECF No. 1 at 4. Plaintiff seeks "no relief" and writes "no lawsuit." *Id*.

Although *pro se* complaints are held to less stringent standards than those applied to formal pleadings drafted by lawyers, *Haines v. Kerner*, 404 U.S. 519, 520 (1972), they must comport with the Federal Rules of Civil Procedure. *See Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. It "does not require detailed factual allegations, but it demands more than an unadorned, the-defendant-unlawfully-harmed-me accusation." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (internal quotation marks and citation omitted).

Plaintiff has not pleaded the basis of federal court jurisdiction and alleged adequate facts to "give the defendants fair notice of what the claim is and the grounds upon which it rests[.]" *Jones v. Kirchner*, 835 F.3d 74, 79 (D.C. Cir. 2016) (cleaned up). And federal courts lack power to entertain complaints, as here, that are "'patently insubstantial,' presenting no federal question suitable for decision.'" *Tooley v. Napolitano*, 586 F.3d 1006, 1009 (D.C. Cir. 2009) (quoting *Best v. Kelly*, 39 F.3d 328, 330 (D.C. Cir. 1994)). Therefore, this case will be dismissed by separate order.

_____/s/_____
ANA C. REYES
United States District Judge

Date: December 22, 2025